■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MAXWELL, Appellant. [813 NYS2d 306]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 11, 2005 (*People v Maxwell*, 22 AD3d 607 [2005], *lv denied* 6 NY3d 756 [2005]), affirming a judgment of the County Court, Westchester County, rendered October 24, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Adams, J.P., Mastro, Lifson and Lunn, JJ., concur.